MEDLEY<br/><i>v.</i><br/>VORIS.

---

## SEMPLE, Administrator, *v.* BARROW.

APPEAL from the District Court of Terrebonne, *Randall*, J.

*Beatty*, for the plaintiff. *Stevens*, for the appellant. The judgment of the court was pronounced by

SLIDELL, J. The note sued upon is drawn by the defendant to the order of Baker, whose administrator the plaintiff is. The note was annexed to the petition, forms part of the record, and its execution was not denied. The objection under these circumstances, that the note is not stated in the clerk's note of evidence to have been formally offered in evidence, is frivolous. A similar objection as to the formality of citation, is raised as in the case of *Medley* v. *Voris* just decided, and which was there considered. There is also a like mistake of three days in allowing interest, which, as we there stated, we deem too trifling to justify a reversal.      *Judgment affirmed.*